# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| ROBERT KANTARIS,<br><br>Petitioner,<br><br>v.<br><br>B. BIRKHOLZ, Warden of Federal Prison Camp Duluth; and MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, in their official capacities,<br><br>Respondents. | Civil No. 21-2020 (JRT/LIB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATIONS** |

_____

Robert Kantaris, 16762-029, FPC – Duluth, P.O. Box 1000, Duluth, MN 55814, Petitioner.

Ana H Voss and Ann M. Bildtsen, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE**, 300 S 4th St Ste 600, Minneapolis, MN 55415, for Respondent.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 3, 2021　　　　　　s/John R. Tunheim_____
at Minneapolis, Minnesota　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　United States District Court